IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN LARUE SCOTT,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 81720

FILED

SEP 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
       DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for updated or corrected presentence investigation report. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Because no statute or court rule permits an appeal from an order denying a motion for updated or corrected presentence investigation report, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:   Hon. Joseph Hardy, Jr., District Judge
      Steven Larue Scott
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-34365